1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL KEITH ALEXANDER,              No.  2:14-cv-00644-TLN-DAD P

12              Plaintiff,

13        v.                              **RECUSAL ORDER**

14   G. SWARTHOUT,

15              Defendant.

16

17        It appearing to the undersigned, the judge to whom this case

18   is presently assigned for all purposes, that the provisions of

19   28 U.S.C. § 455 mandate the disqualification of the undersigned;

20             IT IS HEREBY ORDERED that:

21             1.   The undersigned recuses himself as the judge to

22   whom this case is assigned;

23             2.   All currently scheduled dates in the above-

24   captioned action are VACATED;

25             3.   The Clerk of the Court reassign this case to

26   another judge for all further proceedings, making appropriate

27   adjustments in the assignments of civil cases to compensate for

28   such reassignment;

                                    1

1          4.   That this case is reassigned to the Honorable

2   Kimberly J. Mueller.   Henceforth the caption on all documents

3   filed in the reassigned case shall be 2:14-cv-00644-KJM-DAD-P.

4       IT IS SO ORDERED.

5   Dated: April 25, 2014

6

7   _____

8   Troy L. Nunley
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28