IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL KEITH ALEXANDER,<br><br>                    Petitioner,<br><br>       vs.<br><br>ERIC ARNOLD, Warden, California State Prison, Solano,<br><br>                    Respondent. | No. 2:14-cv-00644-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 23] |

This Court denied Darryl Keith Alexander, a California state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on September 15, 2015.  Docket Nos. 20, 21.  Alexander timely filed a notice of appeal with this Court dated September 22, 2015.  Docket No. 22.  At Docket No. 23, Alexander filed a request for a certificate of appealability.  Because this Court has already denied Alexander a certificate of appealability, it appears that Alexander inadvertently filed his motion with this Court rather than the Court of Appeals.

**IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Alexander's Motion for a Certificate of Appealability at Docket No. 23 to the Ninth Circuit Court of Appeals.

Dated: September 30, 2015.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge